UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORNELIU CURUTA,

    Plaintiff,

v.                                             CASE NO: 8:08-cv-1772-T-23TBM

UNITED STATES DEPARTMENT OF
JUSTICE, CIVIL RIGHTS DIVISION,

    Defendant,
_____/

## **ORDER**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's "Application to Proceed Without Prepayment of Fees and Affidavit" (Doc. 2) was referred to the United States Magistrate Judge.  On September 18, 2008, the Magistrate Judge issued a report (Doc. 3) recommending dismissal of this case, sua sponte, for failure to state a claim.  No party objects to the report, and the time for filing objections has expired.  Accordingly, the Magistrate Judge's report and recommendation (Doc. 31) is **ADOPTED**.  The plaintiff's motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**. Pursuant to 28 U.S.C. § 1915, the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.  On or before **October 24, 2008**, the plaintiff shall file an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure. Failure to file an amended complaint will result in dismissal of this action without further notice.

ORDERED in Tampa, Florida, on October 7, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge